UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

Scott Bonarrigo                               )
                          Plaintiff(s)        )
                                              )
v.                                            )        C.A. No.  13-12854-MLW
                                              )
Comcast Corporation                           )
                          Defendant(s)        )

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on 2/10/2014, that the action has settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Robert Farrell, Acting Clerk

2/11/2014                               /s/Daniel Hohler
Date                                    Courtroom Deputy Clerk